UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY GARROD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:25-cv-57

HON. JANE M. BECKERING

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  The parties filed a Stipulation for Attorney Fees and Costs Under the Equal Access to Justice Act (ECF No. 18).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 19) on May 28, 2025, recommending that this Court grant in part and deny in part the stipulation.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 19) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Stipulation for Attorney Fees and Costs Under the Equal Access to Justice Act (ECF No. 18) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded six thousand, two hundred thirty-six dollars and thirty-three cents ($6,236.33) pursuant to the Equal Access to Justice Act.

Dated: June 12, 2025                                /s/ Jane M. Beckering
                                                                              JANE M. BECKERING
                                                                              United States District Judge