UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY G.,

    Plaintiff,

                                      Case No. 1:25-cv-57

v.

                                   HON. JANE M. BECKERING

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

### ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  Plaintiff filed an Unopposed Motion for attorney fees under 42 U.S.C. § 406(b) (ECF No. 21).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 22) on June 1, 2026, recommending that this Court grant the motion and that counsel be awarded $7,487.42.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 22) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Unopposed Motion for attorney fees under 42 U.S.C. § 406(b) (ECF No. 21) is GRANTED for the reasons stated in the Report and Recommendation.  Plaintiff's counsel is awarded $7,487.42.

Dated: June 17, 2026                             /s/ Jane M. Beckering
                                             JANE M. BECKERING
                                             United States District Judge